REXFORD BRABSON (CA SBN 299802)
Rex@t-rexlaw.com
DAVID STEWART (CA SBN 353448)
David@t-rexlaw.com
T-REX LAW, P.C.
7040 Avenida Encinas #104-333
Carlsbad, CA 92011
Telephone: (858) 220-2325

*Attorneys for Big Rentals Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Big Rentals Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Big Rentals Software, Kyle May, Eric May, Nicole Nemer, Mark Peterson, ABC Companies 1-10, JOHN DOES 1-10,<br><br>Defendants. | Case No. CV 25-11177-JFW(AJRx)<br><br>DECLARATION OF LEAD TRIAL COUNSEL |

**DECLARATION OF LEAD TRIAL COUNSEL**

1. David Stewart, lead trial counsel for Plaintiff Big Rentals Inc. ("Plaintiff") has registered as a CM/ECF User.

2. Lead counsel's E-Mail Address of Record is david@t-rexlaw.com

3. Lead counsel has read the Court's Standing Order and the Local Rules.

Dated: December 9, 2025

By: /s/ David Stewart

David Stewart, Esq.,
CA SBN 353448
David@t-rexlaw.com

*Lead Trial Attorney for Plaintiff Big Rentals Inc.*

T-Rex Law, P.C.
7040 Avenida Encinas #104-333
Carlsbad, CA 92011
Telephone: (858) 220-2325